# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR OSWALDO GONZALEZ-CASTILLO,<br><br>Petitioner,<br><br>v.<br><br>MONTY WILKINSON,[1] et al.<br><br>Respondents. | Case No. 2:21-cv-00140-KJD-EJY<br><br>**ORDER** |

This is a habeas corpus action under 28 U.S.C. § 2241. Petitioner has submitted an application to proceed in forma pauperis. ECF No. 1. The account statement attached to the application shows that petitioner has enough money in his account, and that he receives deposits frequently enough, to pay the filing fee of $5.00.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 1) is **DENIED**. Petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

IT FURTHER IS ORDERED that the clerk of the court send petitioner two copies of this order. Petitioner must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

---

[1] Two respondents will need to be substituted under Rule 25(d) of the Federal Rules of Civil Procedure.

1

1    IT FURTHER IS ORDERED that pursuant to Rule 25(d) of the Federal Rules of Civil
2 Procedure, the clerk of the court is directed to substitute Monty Wilkinson for respondent William
3 Barr, and to substitute Alejandro Mayorkas for respondent Chad Wolf.

4    DATED:    February 24, 2021

_____
KENT J. DAWSON
United States District Judge

2